No. 90–1902. EASTERN AIR LINES, INC. *v.* AIR LINE PILOTS ASSN., INTERNATIONAL, ET AL. C. A. 11th Cir. Motion of Air Transport Association of America and Official Committee of Unsecured Creditors of Eastern Airlines, Inc., for leave to file a brief as *amici curiae* granted. Certiorari denied. ■

No. 90–1903. AALGAARD *v.* MERCHANTS NATIONAL BANK, INC., ET AL. Ct. App. Cal., 3d App. Dist. Motion of respondents to disqualify counsel for petitioner and to strike petition for writ of certiorari and for sanctions denied. Certiorari denied. ■

No. 90–1922. SCHMIDT *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 7th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied. ■

No. 90–1970. LEOPOLD *v.* INTERNATIONAL COLLEGE ET AL. Ct. App. Cal., 2d App. Dist. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 90–1937. PATY, DIRECTOR, DEPARTMENT OF LAND AND NATURAL RESOURCES OF HAWAII *v.* NAPEAHI. C. A. 9th Cir. Motion of Office of Hawaiian Affairs for leave to file a brief as *amicus curiae* granted. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ■

No. 90–1985. ALBANY INSURANCE CO. *v.* ANH THI KIEU. C. A. 5th Cir. Motion of American Institute of Marine Underwriters for leave to file a brief as *amicus curiae* granted. Certiorari denied. ■

No. 90–7816. SCOTT *v.* WILLIAMS. C. A. 4th Cir. Certiorari denied. JUSTICE O'CONNOR would grant certiorari. ■

No. 90–8021. DEMPSEY *v.* MASSACHUSETTS. C. A. 1st Cir. Certiorari before judgment denied.

No. 90–8166. HERBAGE *v.* CARLSON, WARDEN. C. A. 8th Cir. Certiorari before judgment denied.